UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TPI HOLDINGS, INC. ) | |
| ) | Civil Action No. 1:06-CV-2557 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BRAD ROBEY and ) | |
| DOES A THROUGH D, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of PLAINTIFF'S FIRST AMENDED COMPLAINT by email and by depositing the same in the United States mail, properly addressed with sufficient postage affixed thereto to ensure delivery to:

> Daniel J. Grimm, Esq.
> John J. Allan Law Firm
> 4931 Lindell Blvd., Suite 1E
> St. Louis, Missouri 63108
> Phone: (314) 361-7100
> Facsimile: (314) 361-8440

This 19th day of January, 2007.

/s/ Sara Maurer_____
Sara Maurer

Counsel for Plaintiff

US2000 9720953.1